UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **HENRY NJOROGE MUTHIGA #A232-826-014** | **CASE NO.  3:25-CV-02093 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HERIBERTO TELLEZ** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 3], no objections thereto having been filed, and after an independent review of the record, determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that to the extent Petitioner Henry Njoroge Muthiga ("Petitioner") seeks release under *Zadvydas*, his Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** to his right to re-file the claim should his confinement become unconstitutional.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's claims concerning his conditions of confinement, inability to practice his religion, security classification, and exposure to gangs and assault are **DISMISSED WITH PREJUDICE** here, but **WITHOUT PREJUDICE** to his right to raise them in a separate civil rights action.

MONROE, LOUISIANA, this 27th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE